IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PATRICK C. THREATT, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 01-S-0580-M |
| SHERIFF JAMES JONES and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 22, 2002, the court entered an order requiring the petitioner, among other things, to inform the court of the status of the related state court proceedings every 90 days. (Doc. 21 at 3). The court further informed the petitioner that if any of the requirements of the court's order were not met, the stay in this case would be vacated and this matter dismissed.

The petitioner has not filed the requisite status reports since May 6, 2002. (Doc. 22). On March 26, 2003, a magistrate judge of this court entered an order requiring the petitioner to show cause within the next ten (10) days why this action should not be dismissed for failure to comply with this court's earlier order. The court informed the petitioner that this action would be dismissed if he did not respond to the order.

The petitioner has failed to file any response. Accordingly, this action is due to be dismissed.

**DONE**, this the 18th day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE